**In re Yasushi SUGAWARA, Makoto
Uchida, Hideo Ohara, Yuko
Fukuoka, and Nobuo Eda.**

**No. 03–1185.**

United States Court of Appeals,
Federal Circuit.

Oct. 10, 2003.

Before LOURIE, Circuit Judge,
PLAGER, Senior Circuit Judge, and
CLEVENGER, Circuit Judge.

*JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.